mada la apelación por tener la resolución apelada el carácter de una providencia especial dictada después de sentencia definitiva y no aparecer interpuesto el recurso dentro de los 10 días que determina el párrafo 3°. del artículo 295 del Código de Enjuiciamiento Civil. Abogado del promovente: *Sr. Manuel F. Rossy.* Abogado de la parte contraria: *Sr. E. B. Wilcox.*

---

IN RE PROVISIÓN DE REGISTROS VACANTES DE LA PROPIE-DAD.—Resuelto en marzo 6, 1912. No ha lugar por ahora al nombramiento de la comisión examinadora de aspirantes a los registros de la propiedad por los fundamentos consignados en la resolución.

---

No. 88. GÓMEZ *v.* ROSSY, JUEZ DE DISTRITO.—Solicitud para que se expida mandamiento de *certiorari.* Resuelto en marzo 6, 1912. Desestimada la solicitud. Abogados del peticionario: *Sres. Luis Llorens Torres* y *Eugenio Benítez Castaño.*

---

No. 5. IN RE TORO.—Procedimiento de *disbarment.* Resuelto en marzo 8, 1912. Desestimada la querella presentada y archivadas las actuaciones a instancia del Attorney General.

---

No. 747. QUESTEL *v.* CONDE ET AL.—Apelación procedente de la Corte de Distrito de Ponce. Moción con la conformidad de la parte contraria para que se deje sin efecto la resolución de febrero 8, 1912 desestimando de oficio este recurso. Resuelto en marzo 8, 1912. Con lugar la moción. Abogado del promovente: *Sr. Felipe Casalduc.* Abogado de la parte contraria: *Sr. Tomás Castillo.*